**CRESCENT MOTOR LINES, Incorporated, and W. E. Hines, Appellants, v. William S. HOLLAND, Jr., an Infant, Who Sues by His Father and Next Friend, William S. Holland, Sr., Appellee.**

No. 3661.

Circuit Court of Appeals, Fourth Circuit.

May 23, 1934.

S. Burnell Bragg, of Norfolk, Va., for appellants.

Hugh L. Holland and M. Anderson Maxey, both of Suffolk, Va., and James G. Martin, of Norfolk, Va., for appellee.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.

**Charles CREWS v. COMMISSIONER OF INTERNAL REVENUE.**

No. 1173.

Circuit Court of Appeals, Tenth Circuit.

Nov. 28, 1934.

Albert L. McRill, of Oklahoma City, Okl., for petitioner.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of respondent, petitioner consenting.

**Ralph W. CREWS v. COMMISSIONER OF INTERNAL REVENUE.**

No. 1169.

Circuit Court of Appeals, Tenth Circuit.

Nov. 28, 1934.

Albert L. McRill, of Oklahoma City, Okl., for petitioner.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of respondent, petitioner consenting.